UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| PAUL SAPAN<br><br>Plaintiff,<br><br>v.<br><br>US FINANCIAL OPTIONS, LLC; and LIBRE TECHNOLOGY, INC.<br><br>Defendants. | Case No. SACV 18-00753 AG (JDEx)<br><br>**JUDGMENT** |

JS-6

The Court enters Judgment in favor of Plaintiff and against Defendant Libre Technology, Inc. Defendant must pay a statutory award of $51,000 to Plaintiff. Defendant must also pay $563 in costs to Plaintiff.

Dated August 19, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT